UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARILYN MONSALVE,

    Plaintiff,

v.                                      Case No: 2:16-cv-263-FtM-99CM

SETERUS, INC.,

    Defendant.

## ORDER

Before the Court is the parties' Joint Motion to Stay Proceedings and Toll Deadlines (Doc. 17), filed on June 13, 2016. The parties seek to stay this action and toll the deadlines set forth in the Case Management and Schedule Order (Doc. 16). For the reasons set forth below, the motion is granted in part.

The parties state that they are working of resolving the alleged issues with Plaintiff's mortgage loan and settling this matter. Doc. 17 at 1. The parties further state that they are collaborating to prepare and submit Plaintiff's completed loss mitigation application for review by Defendant. *Id.* The Plaintiff's seek to stay the case to allow sufficient time to permit Plaintiff to locate and submit the necessary documents and allow Defendant sufficient time to review the submissions. *Id.* at 2. While the Court is not inclined to stay this entire case, the Court will extend the deadlines in the Case Management and Scheduling Order by sixty days. This should allow the parties sufficient time for Plaintiff to locate the required documents and for Defendant to review the documents.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Joint Motion to Stay Proceedings and Toll Deadlines (Doc. 17) is **GRANTED in part**. The case will not be stayed, but the deadlines in the Case Management and Scheduling Order (Doc. 16) will be extended by sixty (60) days.

2. The Clerk is directed to issue an Amended Case Management and Scheduling Order.

3. All other directives in the Case Management and Scheduling Order (Doc. 16) remain unchanged.

**DONE** and **ORDERED** in Fort Myers, Florida on this 22nd day of June, 2016.

*[signature]*

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record